# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRASCO, INC., | Case No. 1:17-mc-00050-SAB |
| Petitioner, | ORDER SETTING PETITIONER'S MOTION TO COMPEL THIRD PARTY TO COMPLY WITH SUBPOENA FOR AUGUST 16, 2017 |
| v. | |
| AL DAHRA ACX GLOBAL, INC., | |
| Respondent. | |

On July 19, 2017, Mirasco, Inc. filed a motion to compel third party Al Dahra ACX Global, Inc. to comply with a subpoena issued in a civil action which is proceeding in the United States District Court for the Northern District of Georgia. On July 21, 2017, Petitioner filed an amended motion to compel. A hearing on Mirasco's motion to compel is set before the undersigned on August 16, 2017, at 10:00 a.m. in Courtroom 9. The parties may appear telephonically at the hearing by contacting Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference phone number and passcode. The parties are referred to Local Rule 251 for the procedural requirements in addressing the current motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Hearing on the motion to compel is set for August 16, 2017 at 10:00 a.m. in Courtroom 9;

2. The Clerk of the Court is DIRECTED to correct the caption of this action to

1  reflect the proper parties as set forth above; and

2  3. Within five days of the date of service of this order, Mirasco, Inc. shall serve a copy of this order on Al Dahra ACX Global, Inc. and file proof of service with the Court.

IT IS SO ORDERED.

Dated: **July 24, 2017**

UNITED STATES MAGISTRATE JUDGE