HOLLAND & KNIGHT LLP
John A. Canale (CA Bar No. 287287)
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Telephone:  213.896.2400
Fax:  213.896.2450
E-mail: john.canale@hklaw.com

HOLLAND & KNIGHT LLP
A. André Hendrick (*pro hac vice application anticipated*)
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 817-8500
Facsimile:  (404) 881-0470
E-mail: andre.hendrick@hklaw.com

Attorneys for Plaintiff Mirasco, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRASCO, INC., | Case No.: 1:17-mc-00050-SAB |
| Petitioner, | **CERTIFICATE OF SERVICE OF ORDER SETTING PETITIONER'S MOTION TO COMPEL THIRD PARTY TO COMPLY WITH SUBPOENA FOR AUGUST 16, 2017** |
| vs. | |
| AL DAHRA ACX GLOBAL, INC., | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

On July 24, 2017, I served the attached **ORDER SETTING PETITIONER'S MOTION TO COMPEL THIRD PARTY TO COMPLY WITH SUBPOENA FOR AUGUST 16, 2017** on the interested parties in this action as follows:

**[ ]** (**By Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d)(3), Local Rule 135(a), and the U.S. District Court of the Eastern District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Eastern District of California's Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.

**[X]** (**By Mail):**  Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 400 S. Hope Street, 8th Floor, Los Angeles, California 90071, in a sealed envelope.  I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

| | |
|---|---|
| David D. Blaine<br>T. Todd Egland<br>Viviano E. Aguilar, Esq.<br>BELDEN BLAINE RAYTIS, LLP<br>5016 California Avenue, Suite 3<br>Bakersfield, CA 93309<br>dblaine@beldenblaine,com<br>tegland@beldenblaine.com<br>vaguilar@beldenblaine.com<br>*Attorneys for Al Dahra ACX Global, Inc.* | David D. Blaine<br>T. Todd Egland<br>Viviano E. Aguilar, Esq.<br>BELDEN BLAINE RAYTIS, LLP<br>P.O. Box 9129<br>Bakersfield, CA 93389<br>dblaine@beldenblaine,com<br>tegland@beldenblaine.com<br>vaguilar@beldenblaine.com<br>*Attorneys for Al Dahra ACX Global, Inc.* |

Maren R. Cave, Esq.
SWIFT, CURRIE, McGHEE & HIERS, LLP
1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, Georgia 30309
maren.cave@swiftcurrie.com
*Attorneys for Diaa Ghaly*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on July 24, 2017, at Los Angeles, California.

                                         */s/  John Canale*
                                           John Canale